F. W. Fischer, Appellant, v. Queen Hedwig's Polish National Catholic Church of Chicago, Appellee.

Gen. No. 43,405.

Heard in the third division, first district, this court at the June term, 1945; opinion filed November 7, 1945; released for publication November 27, 1945. Peden, Ryan & Andreas, for appellant; Gerald Ryan, of counsel; no appearance for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.